**FILED**
JUL 0 8 2008
7-8-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHN
NF

# PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
## Civil Cover Sheet

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | TIMOTHY MATTHEW SCHUNING | **Defendant(s):** | JOHN W COCKRELL, et al. |
| **County of Residence:** | MORGAN | **County of Residence:** | |
| **Plaintiff's Address:** | Timothy Matthew Schuning<br>N-33064<br>Jacksonville - JAK<br>2268 East Morton Avenue<br>Jacksonville, IL 62650 | **Defendant's Attorney:** | 08CV3880<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE DENLOW |

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** [signature]   **Date:** 07/08/08