F I L E D MH,
7-21-2008
JUL 2 1 2008 mb

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

~~John S. Cockwell~~
~~Judge Jorgensen~~
Timothy M Schuving
_____
Plaintiff

John V Cochwell
Judse Jorgensen
Joel A Hagann, A Herns
_____
Defendant(s)

CASE NUMBER 08 CV 3880

JUDGE James B Zagel

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:
I, Timothy Schuning, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # N33064   Name of prison or jail: Jacksonville
   Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: 15.00

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: TPD Hearin
      Monthly salary or wages: _____
      Name and address of last employer: Not Knowed

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages   ☐Yes   ☒No
      Amount _____   Received by _____

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount _____ Received by _____

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount _____ Received by _____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes ☒No
Amount _____ Received by _____

e. ☒ Gifts or ☐ inheritances ☒Yes ☐No
Amount $50.00 _____ Received by _____

f. ☐ Any other sources (state source: _____) ☐Yes ☒No
Amount _____ Received by _____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount: _____
In whose name held: _____ Relationship to you: _____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property: _____ Current Value: _____
In whose name held: _____ Relationship to you: _____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property: _____
Type of property: _____ Current value: _____
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes ☒No
Property: _____
Current value: _____
In whose name held: _____ Relationship to you: _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
WAS IN ~~LASALL~~ LaSalle County Jail
De JanFeb March - No Income

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _____

_____
Signature of Applicant

Timothy M Schuning
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

TIMOTHY M. SCHUNING, N33064

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Timothy Schuning, I.D.# N33064, has the sum of $ 55.33 on account to his/her credit at (name of institution) Jacksonville Correctional Center. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____. (Add all deposits from all sources and then divide by number of months).

7/15/2008
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

ROGER GREENWOOD
(Print name)

rev. 7/18/02

-3-

Date: 7/15/2008
Time: 1:22pm
d_list_inmate_trans_statement_composite

**Robinson Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: Start thru End;    Inmate: N33064;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: N33064 Schuning, Timothy M.**                        **Housing Unit: ROB-1B-05-20**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 04/07/97 | Mail Room | 01 MO/Checks (Not Held) | 097219 | 85704840108 | Schuning, Diana | 10.00 | 10.00 |
| 04/08/97 | Point of Sale | 60 Commissary | 098725 | 00017506 | Commissary | -9.09 | .91 |
| 04/11/97 | Payroll | 20 Payroll Adjustment | 101119 | Orientation, Partl | P/R month of 03/1997 | 1.02 | 1.93 |
| 04/22/97 | Mail Room | 01 MO/Checks (Not Held) | 112219 | 8616447789 | Raspatello, Rich | 10.00 | 11.93 |
| 04/23/97 | Point of Sale | 60 Commissary | 113723 | 00019309 | Commissary | -10.39 | 1.54 |
| 04/30/97 | Disbursements | 84 Library | 120319 | Chk # 24386 | State Of IL - Librar | -.80 | .74 |
| 04/30/97 | Disbursements | 84 Library | 120319 | Chk # 24386 | State Of IL - Librar | -.20 | .54 |
| 05/09/97 | Payroll | 20 Payroll Adjustment | 129119 | | P/R month of 04/1997 | 13.10 | 13.64 |
| 05/13/97 | Point of Sale | 60 Commissary | 133725 | 00021017 | Commissary | -12.18 | 1.46 |
| 05/13/97 | Mail Room | 01 MO/Checks (Not Held) | 133219 | 8612755548 | Schuning, Ramona | 20.00 | 21.46 |
| 05/19/97 | Payroll | 20 Payroll Adjustment | 139119 | | Adv SMIC May97 | 9.36 | 30.82 |
| 05/20/97 | Disbursements | 87 Release Inmate | 140319 | Chk # 24644 | Schuning, Timothy M. | -20.00 | 10.82 |
| 05/23/97 | Disbursements | 87 Release Inmate | 143319 | Chk # 24712 | RCC IBF Imprest Fund | -10.82 | .00 |
| 06/13/97 | Payroll | 20 Payroll Adjustment | 164119 | | P/R month of 05/1997 | .00 | .00 |
| 03/18/08 | Mail Room | 01 MO/Checks (Not Held) | 078214 | 12955552 | Schuning, Ramona | 50.00 | 50.00 |
| 03/21/08 | Point of Sale | 60 Commissary | 081725 | 407749 | Commissary | -36.43 | 13.57 |
| 03/24/08 | Mail Room | 04 Intake and Transfers In | 084239 | 139348 | Stateville C.C. | .09 | 13.66 |
| 04/04/08 | Payroll | 20 Payroll Adjustment | 095114 | | P/R month of 03/2008 | 5.10 | 18.76 |
| 04/14/08 | Point of Sale | 60 Commissary | 105724 | 410193 | Commissary | -6.72 | 12.04 |
| 04/18/08 | Mail Room | 01 MO/Checks (Not Held) | 109239 | 13110585 | Schuning, Ramona | 50.00 | 62.04 |
| 04/21/08 | Disbursements | 84 Library | 112315 | Chk #59477 | 0816038, DOC: 523 Fund Library, Inv. Date: 04/17/2008 | -.30 | 61.74 |
| 04/21/08 | Point of Sale | 60 Commissary | 112724 | 410831 | Commissary | -30.43 | 31.31 |
| 05/07/08 | Disbursements | 80 Postage | 128315 | Chk #59576 | 0816638, DOC: 523 Fund Inmate, Inv. Date: 04/30/2008 | -.34 | 30.97 |
| 05/07/08 | Disbursements | 80 Postage | 128315 | Chk #59576 | 0816953, DOC: 523 Fund Inmate, Inv. Date: 05/05/2008 | -.34 | 30.63 |
| 05/07/08 | Disbursements | 84 Library | 128315 | Chk #59577 | 0816235, DOC: 523 Fund Library, Inv. Date: 04/22/2008 | -.30 | 30.33 |
| 05/07/08 | Disbursements | 84 Library | 128315 | Chk #59577 | 0816621, DOC: 523 Fund Library, Inv. Date: 04/29/2008 | -.80 | 29.53 |
| 05/07/08 | Disbursements | 84 Library | 128315 | Chk #59577 | 0816667, DOC: 523 Fund Library, Inv. Date: 04/30/2008 | -.85 | 28.68 |
| 05/09/08 | Payroll | 20 Payroll Adjustment | 130114 | | P/R month of 04/2008 | 9.66 | 38.34 |
| 05/14/08 | Disbursements | 99 Transfer Inmate | 135315 | Chk #59636 | Jacksonville Correctional Cent, Inv. Date: 05/14/2008 | -38.34 | .00 |
| 06/13/08 | Payroll | 20 Payroll Adjustment | 165114 | | P/R month of 05/2008 | 3.45 | 3.45 |
| 06/19/08 | Disbursements | 99 Transfer Inmate | 171315 | Chk #59901 | Jacksonville Correctional Cent, Inv. Date: 06/19/2008 | -3.45 | .00 |

|  |  |
|---|---|
| Total Inmate Funds: | .00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .00 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

Date: 7/15/2008
Time: 1:09pm
d_list_inmate_trans_statement_composite

Case 1:08-cv-03880 Document 7 Filed 07/21/2008 Page 5 of 5

Jacksonville Correctional Center
Trust Fund
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 01/01/2008 thru End; Inmate: N33064; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: N33064 Schuning, Timothy M.**  **Housing Unit: JAC-01-05-13**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 05/16/08 | Mail Room | 04 Intake and Transfers In | 137203 | 59636 | Robinson C.C. | 38.34 | 38.34 |
| 05/20/08 | Mail Room | 01 MO/Checks (Not Held) | 141222 | 13263583 | Schuning, Ramona | 50.00 | 88.34 |
| 05/21/08 | Point of Sale | 60 Commissary | 142766 | 551619 | Commissary | -58.17 | 30.17 |
| 05/27/08 | Point of Sale | 60 Commissary | 148766 | 552159 | Commissary | -26.84 | 3.33 |
| 06/10/08 | Mail Room | 01 MO/Checks (Not Held) | 1622107 | 13375370 | Schuning, Ramonie | 50.00 | 53.33 |
| 06/13/08 | Payroll | 20 Payroll Adjustment | 165115 | | P/R month of 05/2008 | 10.34 | 63.67 |
| 06/16/08 | Point of Sale | 60 Commissary | 168766 | 554005 | Commissary | -48.12 | 15.55 |
| 06/17/08 | Disbursements | 84 Library | 169315 | Chk #3107 | 051408, DOC: 523 Fund Library, Inv. Date: 05/14/2008 | -1.10 | 14.45 |
| 06/17/08 | Disbursements | 84 Library | 169315 | Chk #3107 | 061108, DOC: 523 Fund Library, Inv. Date: 06/11/2008 | -.70 | 13.75 |
| 06/17/08 | Disbursements | 84 Library | 169315 | Chk #3107 | 052908, DOC: 523 Fund Library, Inv. Date: 05/29/2008 | -.10 | 13.65 |
| 06/17/08 | Disbursements | 80 Postage | 169315 | Chk #3132 | 061308, DOC: 523 Fund Inmate R, Inv. Date: 06/13/2008 | -.17 | 13.48 |
| 06/17/08 | Disbursements | 80 Postage | 169315 | Chk #3132 | 051908, DOC: 523 Fund Inmate R, Inv. Date: 05/19/2008 | -.52 | 12.96 |
| 06/23/08 | Mail Room | 04 Intake and Transfers In | 175203 | 59901 | Robinson C.C. | 3.45 | 16.41 |
| 07/01/08 | Point of Sale | 60 Commissary | 183766 | 555708 | Commissary | -13.98 | 2.43 |
| 07/10/08 | Mail Room | 01 MO/Checks (Not Held) | 192222 | 13519865 | Schuning, R. | 50.00 | 52.43 |
| 07/11/08 | Payroll | 20 Payroll Adjustment | 193115 | | P/R month of 06/2008 | 14.40 | 66.83 |

| | |
|---|---|
| Total Inmate Funds: | 66.83 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 11.50 |
| Funds Available: | 55.33 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 07/02/2008 | 070208 | Disb | Legal Copies | 2 DOC: 523 Fund Library | $4.70 |
| 07/03/2008 | 070308 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $6.80 |
| | | | | Total Restrictions: | $11.50 |