# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| TIMOTHY MATTHEW SCHUNING | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 3880 |
| JOHN W. COCKWELL, ET AL | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the complaint is dismissed pursuant to 28 USC 1915(e)(2)(B) for failure to state an actionable federal claim.

Michael W. Dobbins, Clerk of Court

Date: 7/30/2008                                        _____
                                                       /s/ Donald Walker, Deputy Clerk