MHN

8-7-2008

FILED
AUG 7 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Judge Zagel

I feel you misunderstood what I wrote. See the 1982 82CF1468 was reversed by the Illionis Suppreme court. So I my coret records say the 82 & 85 case are one but I on my rap sheet the 82 should be gone not the 85 case and I'm not sure where to go now I need to be guilded where please all I want is the 82 case gone as the Ill Supreme court said please Review this not IDOC Record by the state Record that police and other doo! please Help I just want a little help please

See the 82 case was reversing meaning not Guilty but it show Guilty the 85 case which should show Guilty is Guilty please all I want is the 82 to show it was overturned and not Retread but the 85 was

Thanks

[signature]

Also the clerk is who I felt was at fault John Cochwell and Joel Kagann the other I added as help to show want was up

over

IN Short Judge, I need help To Get This fix the 82CF1468 Should Be Gone The 85CF830 Should Show Guilty Check what I Sent you AND you will see This I Need help I Don't Know where To Turn DuPAGE won't help No one will Also on my RAP Sheet Both case Do Show up. IN CoURT and To Cop. Thanks

Tim Schwin?

AS for ACTionABle federal CLAim Both case Show up for CourT! The IDOC Record might NOT BuT everwhere else IT Does! The The 82 Should NOT Be There! I WAS NOT found Guilty In That case After the Remand for ReTrail.

and I Did ASK for Monetary Relief. The Clerk IS NOT Immune! AND The STATe Courts won't help! AS US VS. Rogers No R CAse ARe Involved 82 & 85 IS Two!

JUDGE Could you please Explain where I need To Go no one will help me I need help Both cases should Guilty In court Room Rap sheets please help me I've Tried The Court In Dupage no one will help please



# Also could you please Send Copy To Ramona Schuning 133 S Chase Lombard IL 60148